## OFFICE OF THE FEDERAL DEFENDER
### EASTERN DISTRICT OF CALIFORNIA
801 I STREET, 3rd FLOOR
SACRAMENTO, CALIFORNIA 95814
(916) 498-5700 Fax: (916) 498-5710

Daniel J. Broderick
Federal Defender

Linda Harter
Chief Assistant Defender

January 23, 2007

Mr. John P. Balazs
Attorney at Law
916 Second Street. Suite F
Sacramento, CA 95814



FILED
JAN 23 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
   DEPUTY CLERK

Re:   **U.S. v. Jackson**
      Cr.S-03-110-DFL

Dear Mr. Balazs:

This will confirm your appointment as counsel by the Honorable Lawrence K. Karlton, U.S. District Judge, to represent the above-named appellant. You are attorney of record until such time as you are relieved or other action is taken to appoint a different attorney.

Enclosed is CJA 20 form, your Order of Appointment and Voucher for services rendered. Also enclosed is an instruction sheet discussing the use of the forms, together with sample forms for reporting court time. This will also provide a uniformity in the way attorneys report their time and services rendered.

If we may be of any further assistance regarding the processing of the enclosed form, preparation of form CJA 21 for expert services, or in reference to any other matter pertaining to this case, please feel free to call upon us at any time.

Very truly yours,

CYNTHIA L. COMPTON
CJA Panel Administrator

:clc
Enclosures

cc:   Clerk's Office
      Ninth Circuit Court of Appeals

# CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | | VOUCHER NUMBER |
|---|---|---|---|
| 09C | Jackson, Vincent | | |

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| | Cr.S-03-110-DFL | | |

| 7. IN CASE/MATTER OF (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE |
|---|---|---|---|
| U.S. v. Jackson | Appeal | Appellant | CA |

**11. OFFENSE(S) CHARGED**

Criminal Appeal

**12. ATTORNEY'S NAME AND MAILING ADDRESS**

John P. Balzs, Esq.
916 Second Street, Suite F
Sacramento, CA 95814

Telephone Number: (916) 447-9299

**13. COURT ORDER**

- [x] O Appointing Counsel
- [ ] C Co-Counsel
- [ ] F Subs For Federal Defender
- [ ] R Subs For Retained Attorney
- [ ] P Subs For Panel Attorney
- [ ] Y Standby Counsel

Date of Order: 1/15/2007   Nunc Pro Tunc Date: 12/14/06

| | CATEGORIES | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH ADJUSTED HOURS | MATH/TECH ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|---|
| 15. | a. Arraignment and/or Plea | | | | | |
| | b. Bail and Detention Hearings | | | | | |
| | c. Motion Hearings | | | | | |
| | d. Trial | | | | | |
| | e. Sentencing Hearings | | | | | |
| | f. Revocation Hearings | | | | | |
| | g. Appeals Court | | | | | |
| | h. Other (Specify on additional sheets) | | | | | |
| | (Rate per hour = $ 92) TOTALS: | | | | | |
| 16. | a. Interviews and Conferences | | | | | |
| | b. Obtaining and reviewing records | | | | | |
| | c. Legal research and brief writing | | | | | |
| | d. Travel time | | | | | |
| | e. Investigative and Other work | | | | | |
| | (Rate per hour = $ 92) TOTALS: | | | | | |
| 17. | Travel Expenses (lodging, parking, meals, mileage, etc.) | | | | | |
| 18. | Other Expenses (other than expert, transcripts, etc.) | | | | | |

**19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE** FROM ___ TO ___

**20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION**

**21. CASE DISPOSITION**

**22. CLAIM STATUS**

| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMT. APPR/CERT |
|---|---|---|---|---|

| 28. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER | DATE | 28a. JUDGE/MAG. JUDGE CODE |
|---|---|---|

| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED |
|---|---|---|---|---|

| 34. SIGNATURE OF CHIEF JUDGE COURT OF APPEALS (OR DELEGATE) Payment | DATE | 34a. JUDGE CODE |
|---|---|---|

# UNITED STATES DISTRICT COURT

__EASTERN__ District of __CALIFORNIA__

# NOTICE OF APPEAL

United States of America,
      Plaintiff,

-vs-
                            D.C. Docket Number: CR-S 03-110-DFL

__Vincent Jackson__              __Hon. David F. Levi__
      Defendant.               (U. S. District Judge)

Notice is hereby given that defendant Vincent Jackson in the above named case hereby appeals to the United States Court of Appeals for the Ninth Circuit from the

( )    conviction only (Fed.R.Crim.P. 32(b))

( )    conviction and sentence

(X)    sentence only (18 U.S.C. § 3742)

( )    order (specify) _____

__sentence imposed on December 14, 2006__

Sentence imposed:  __life imprisonment__

Bail status:  __detained__

                                            /s/ John Balazs
                                            (Counsel for Appellant)
DATE:  __December 14, 2006__      Address:  __John Balazs, Attorney At Law__

                                            __916 2nd Street, Suite F__

                                            __Sacramento, CA 95814__

                              Telephone No.  __916-447-9299__

Name of court reporter :  __Diane Shepard__

Transcript required: _x_ Yes  ____ No      CJA APPOINTMENT x