| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664<br>Federal Defender |
| 2 | DAVID M. PORTER, # 127024<br>Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 498-5700<br>Fax: (916) 498-5710 |
| 5 | |
| 6 | |
| 7 | |
| 8 | IN THE UNITED STATES DISTRICT COURT |
| 9 | FOR THE EASTERN DISTRICT OF CALIFORNIA |

| | | | |
|---|---|---|---|
| 10 | UNITED STATES OF AMERICA, | ) | Case No. 2:03-CR-110 JAM |
| 11 | Plaintiff, | ) ) ) | **Request to Extend Deadline for Filing a Supplement or Other Appropriate Response; Order** |
| 12 | v. | ) ) | |
| 13 | VINCENT JACKSON, | ) ) | |
| 14 | Defendant. | ) ) | Judge: Honorable JOHN A. MENDEZ |
| 15 | | ) | |

16    On April 29, 2019, defendant, VINCENT JACKSON, filed a pro se motion to

17 reduce his sentence pursuant to the Fair Sentencing Act of 2010 and Amendments 782

18 and 788. Dkt. 156. The same day, this Court issued a minute order directing the Office

19 of the Federal Defender to file a supplement or other appropriate response not later than

20 May 31, 2019.

21    The undersigned has communicated with Mr. Jackson regarding the pro se motion

22 but is awaiting his response. Accordingly, the undersigned respectfully requests an

23 extension, nunc pro tunc, until July 8, 2019, to file a supplement or other appropriate

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

Request to Extend Deadline for Filing a
Supplement or Other Appropriate Response;
Order        -1-        *United States v. Vincent Jackson,*
Civ. S 03-110 JAM 1

response to Mr. Jackson's pro se motion. A proposed order is lodged herewith.

Date: June 6, 2019

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender


*/s/ David M. Porter*
DAVID M. PORTER
Assistant Federal Defender

# **O R D E R**

Pursuant to defendant's request, and good cause appearing therefor, the Office of the Federal Defender is directed to file a supplement or other appropriate response on or before July 8, 2019

IT IS SO ORDERED.

Dated: June 6, 2019 /s/ John A. Mendez_____
HONORABLE JOHN A. MENDEZ
United States District Court Judge

Request to Extend Deadline for Filing a
Supplement or Other Appropriate Response;    -2-    *United States v. Vincent Jackson,*
Civ. S 03-110 JAM 1