UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Respondent,<br><br>　v.<br><br>VINCENT JACKSON,<br><br>　　　　　Movant. | No.  2:03-cr-0110 JAM KJN P<br><br><br>ORDER |

　　　Movant is a federal prisoner, proceeding without counsel.  On October 2, 2020, the undersigned denied the motion for appointment of counsel to assist movant in preparing a motion for compassionate release.  However, this order was entered in error inasmuch as such motions are initially directed to the district court.  See General Order 595.

　　　Accordingly, IT IS HEREBY ORDERED that the October 2, 2020 order (ECF No. 169) is vacated.

Dated:  January 12, 2021

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

jack0110.vac