Etan Zaitsu [SBN 287106]
Attorney at Law

ZAITSU LAW
331 J Street, Suite 200
Sacramento, CA  95814
916.542.0270

Attorney for Defendant
VINCENT JACKSON

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    v.<br><br>VINCENT JACKSON,<br><br>           Defendant. | Case No.: 2:03-CR-00110 JAM<br><br>**ORDER** |

Pursuant to Local Rule 140(a) and 141(b) and based upon the representation contained in the Defendant's Request to Seal, IT IS HEREBY ORDERED that the Defendant's "Exhibit A, Jackson Medical Records" in support of his Motion for Early Release (Dkt. 173) shall be SEALED until further order of this Court, because the documents contain private medical information.

It is further ordered that access to the sealed documents shall be limited to the counsel for the Defendant and the U.S. Attorney's Office.

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F .2d 1462 (9th Cir. 1990). The Court finds that,

1

**Order**

for the reasons stated in the Defendant's request, sealing the Defendant's documents serves a compelling interest.

DATED:  April 2, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRIT COURT JUDGE

**Order**