PHILLIP A. TALBERT
Acting United States Attorney
JASON HITT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VINCENT JACKSON,<br><br>Defendant. | CASE NO. 2:03-CR-00110-JAM-KJN<br><br>STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION TO REDUCE SENTENCE UNDER 18 U.S.C. § 3582(c)(1)(A); ORDER |
|---|---|

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1.  The defendant filed a motion for compassionate release on March 30, 2021. Docket No. 173. The government's response is due on April 12, 2021, with any reply from the defendant due on April 19, 2021.

2.  Counsel for the government requests additional time to obtain relevant records and draft the government's response to the defendant's motion. The defendant does not oppose the government's request.

3.  Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the defendant's motion as follows:

    a)  The government's response to the defendant's motion to be filed on or before April 20, 2021;

    b)  The defendant's reply to the government's response to be filed on or before April 27, 2021.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: April 9, 2021 | PHILLIP A. TALBERT<br>Acting United States Attorney |
| | /s/ JASON HITT<br>JASON HITT<br>Assistant United States Attorney |
| Dated: April 9, 2021 | /s/ ETAN ZAITSU<br>ETAN ZAITSU<br>Counsel for Defendant<br>VINCENT JACKSON |

**ORDER**

  Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the defendant's motion for sentence reduction:

  a)  The government's response to the defendant's motion, Docket No. 173, is due on or before April 20, 2021;

  b)  The defendant's reply to the government's response, if any, is due on April 27, 2021.

IT IS SO FOUND AND ORDERED this 12th day of April, 2021.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE