PHILLIP A. TALBERT
Acting United States Attorney
JASON HITT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:03-CR-00110-JAM-KJN |
|---|---|
| Plaintiff, | **STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION TO REDUCE SENTENCE UNDER 18 U.S.C. § 3582(c)(1)(A); ORDER** |
| v. | |
| VINCENT JACKSON, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. On May 7, 2021, the Court issued a minute order inviting the United States to respond to the arguments and authority raised in the Defendant's reply. Docket No. 188.

2. Counsel for the government requests additional time to obtain relevant records and draft the government's response to the defendant's reply. The defendant does not oppose the government's request.

3. Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the defendant's motion as follows:

a) The government's response to the defendant's reply to be filed on or before May 20, 2021;

IT IS SO STIPULATED.

Dated: May 13, 2021     PHILLIP A. TALBERT
                        Acting United States Attorney

                        /s/ JASON HITT
                        JASON HITT
                        Assistant United States Attorney

Dated: May 13, 2021     /s/ ETAN ZAITSU
                        ETAN ZAITSU
                        Counsel for Defendant
                        VINCENT JACKSON

## ORDER

Based upon the stipulation and representations of the parties, the Court **ADOPTS** the following as a revised briefing schedule regarding the defendant's motion for sentence reduction:

a) The government's response to the defendant's reply, Docket No. 188, is due on or before **May 20, 2021**;

IT IS SO FOUND AND ORDERED.

Dated: May 14, 2021     /s/ John A. Mendez
                        THE HONORABLE JOHN A. MENDEZ
                        UNITED STATES DISTRICT COURT JUDGE