PHILLIP A. TALBERT
Acting United States Attorney
JASON HITT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VINCENT JACKSON,<br><br>Defendant. | CASE NO. 2:03-CR-00110-JAM-KJN<br><br>STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION TO REDUCE SENTENCE UNDER 18 U.S.C. § 3582(c)(1)(A); ORDER |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. On May 14, 2021, the Court issued a minute order directing the parties to filed additional briefing addressing whether the Court has the authority to reduce Defendant's sentence rather than order immediate release. Docket No. 190.

2. Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on additional briefing as follows:

   a) Additional briefing of the parties be filed on or before May 28, 2021.

STIPULATION RE BRIEFING SCHEDULE 1

IT IS SO STIPULATED.

Dated: May 20, 2021          PHILLIP A. TALBERT
                             Acting United States Attorney

                             /s/ JASON HITT
                             JASON HITT
                             Assistant United States Attorney

Dated: May 20, 2021          /s/ ETAN ZAITSU
                             ETAN ZAITSU
                             Counsel for Defendant
                             VINCENT JACKSON

## ORDER

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding additional briefing on the defendant's motion for sentence reduction:

a)   Additional briefing of the parties is due on or before May 28, 2021;

IT IS SO FOUND AND ORDERED this 20th day of May, 2021.

                             /s/ John A. Mendez
                             THE HONORABLE JOHN A. MENDEZ
                             UNITED STATES DISTRICT COURT JUDGE