Etan Zaitsu [SBN 287106]
Attorney at Law

ZAITSU LAW
331 J Street, Suite 200
Sacramento, CA 95814
916.542.0270

Attorney for Defendant
VINCENT JACKSON

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>   v.<br><br>VINCENT JACKSON,<br><br>                  Defendant. | Case No.: 2:03-CR-00110 JAM<br><br>**STIPULATION REGARDING SCHEDULE FOR ADDITIONAL BRIEFING OF DEFENDANT'S MOTION TO REDUCE SENTENCE UNDER 18 U.S.C. § 3582(c)(1)(A); ORDER** |

## STIPULATION

Defendant Vincent Jackson, by and through his counsel of record, and plaintiff United States of America (the "government"), by and through its counsel of record, hereby stipulate as follows:

1. On May 14, 2021, the Court issued a minute order directing the parties to file additional briefing addressing whether the Court has the authority to reduce Defendant's sentence rather than order immediate release. Docket No. 190.

2. On May 21, 2021, pursuant to a request and stipulation by the parties, the Court ordered the additional briefing to be filed by May 28, 2021. Dkt. 193.

3. By this stipulation, the parties jointly request that the Court set the briefing schedule on additional briefing as follows:

1

**Stipulation and Order**

a)     Additional briefing of the parties be filed on or before June 11, 2021.

IT IS SO STIPULATED

Dated: May 27, 2021                          /s/ *Etan Zaitsu*_____
                                             ETAN ZAITSU
                                             Attorney for Defendant
                                             VINCENT JACKSON

Dated: May 27, 2021                          PHILLIP A. TALBERT
                                             Acting United States Attorney

                                             s/ *Jason Hitt*_____
                                             JASON HITT
                                             Assistant United States Attorney

## ORDER

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding additional briefing on the defendant's motion for sentence reduction:

a)  Additional briefing of the parties is due on or before June 11, 2021.

IT IS SO FOUND AND ORDERED this 28th day of May, 2021.

                                             /s/ John A. Mendez
                                             THE HONORABLE JOHN A. MENDEZ
                                             UNITED STATES DISTRICT COURT JUDGE

**Stipulation and Order**