PHILLIP A. TALBERT
Acting United States Attorney
JASON HITT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:03-CR-00110-JAM-KJN |
|---|---|
| Plaintiff, | STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION TO REDUCE SENTENCE UNDER 18 U.S.C. § 3582(c)(1)(A); ORDER |
| v. | |
| VINCENT JACKSON, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. On May 28, 2021, by stipulation the parties additional briefing on the pending motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(1)(A), is currently due June 11, 2021.  Docket No. 195.

2. Counsel for the government requests additional time to review Jackson's medical records and draft the government's supplemental brief.  The defendant does not oppose the government's request.

///

///

STIPULATION RE BRIEFING SCHEDULE            1

3. Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the defendant's motion as follows:

    a) Both parties additional briefing be filed on or before June 14, 2021;

IT IS SO STIPULATED.

Dated: June 10, 2021                                             PHILLIP A. TALBERT
                                                             Acting United States Attorney

                                                              /s/ JASON HITT
                                                               JASON HITT
                                                               Assistant United States Attorney

Dated: June 10, 2021                                             /s/ ETAN ZAITSU
                                                               ETAN ZAITSU
                                                              Counsel for Defendant
                                                               VINCENT JACKSON

**ORDER**

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the defendant's motion for sentence reduction:

    a) Both parties additional briefing on the Defendant's pending motion, is due on or before June 14, 2021;

IT IS SO FOUND AND ORDERED this 10th day of June, 2021.

                                                               /s/ John A. Mendez
                                                               THE HONORABLE JOHN A. MENDEZ
                                                               UNITED STATES DISTRICT COURT JUDGE