Etan Zaitsu [CA SBN 287106]
Attorney at Law

Zaitsu Law
331 J Street, Suite 200
Sacramento, CA 95814
(916) 542-0270
etan@zaitsulaw.com

Attorney for Defendant
VINCENT JACKSON

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:03-CR-00110 KJM |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO FILE "EXHIBIT G, UPDATED MEDICAL RECORDS" UNDER SEAL** |
| v. | |
| VINCENT JACKSON, | |
| Defendant. | |

The defendant Vinvent Jackson, by and through his counsel Etan Zaitsu, and the Government, by and through its counsel Jason Hitt, hereby stipulate and request to file Exhibit G, Updated Medical Records under seal. The request is made to protect Jackson's medical privacy.

IT IS SO STIPULATED.

                                                              Respectfully submitted,

Dated: June 14, 2021                           */s/ Etan Zaitsu*
                                                              ETAN ZAITSU
                                                              For Defendant Vincent Jackson

**Stipulation and Order Regarding Request To Seal**

Dated: June 14, 2021

McGREGOR SCOTT
United States Attorney

*/s/ Jason Hitt*
JASON HITT
Assistant United States Attorney

## ORDER

The Court, having received and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation and orders Exhibit G, Updated Medical Records sealed until further order of the Court. The Court specifically finds that the document contains the Defendant's private medical information.

Dated: June 22, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

**Stipulation and Order Regarding Request To Seal**